D/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X

TUNDE A. ADEYI,  :  06 CV 3842 (ARR)(LB)

                Plaintiff,  :

  -against-  :  ORDER

UNITED STATES OF AMERICA,  :

                Defendant.  :

-------------------------------------------------------------------- X

ROSS, United States District Judge:

    The Opinion and Order dated May 4, 2007, Adeyi v. United States, 489 F.Supp.2d 187 (E.D.N.Y. 2007), is hereby vacated and withdrawn.

    SO ORDERED.

                                      s/ Judge Allyne R. Ross

                                      Allyne R. Ross
                                      United States District Judge

Dated:       November 2, 2007
               Brooklyn, New York

C/M

SERVICE LIST:

*Pro Se Plaintiff*
Tunde A. Adeyi
55329-053
FCI Ray Brook
P.O. Box 9004 Del-A
Ray Brook, NY 12977

*Attorney for Defendant*
Kevin P. Mulry
Assistant U.S. Attorney
United States Attorneys Office
Eastern District of New York
147 Pierrepont Street, 14th Floor
Brooklyn, NY 11201