

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

---

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

adeyi-021810-ltr-LB.wpd

February 18, 2010

Honorable Lois Bloom
United States Magistrate Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   <u>Adeyi v. United States</u>
No. CV-06-3842 (Ross, J.) (Bloom, M.J.)

Dear Judge Bloom:

We represent the individual defendants in the above-captioned action, in which the Court has scheduled a telephone conference for Tuesday, March 9, 2010. This letter is respectfully submitted to request that the conference be adjourned to the morning of March 11 or March 12, or another date convenient to the Court. The reason for the request is that the undersigned will not be available on March 9.

Thank you for your consideration of this matter.

Respectfully submitted,

BENTON J. CAMPBELL
United States Attorney

By:   <u>s/ Kevin P. Mulry</u>
Kevin P. Mulry
Assistant U.S. Attorney
(718) 254-6408

cc:   Tunde A. Adeyi
No. 55329-053
FCI Fort Dix (East)
P.O. Box 2000 (Unit 5703)
Fort Dix, New Jersey 08640

The application is ✓ granted. ___ denied.
SO ORDERED.

S/ Judge Lois Bloom
Lois Bloom, U.S.M.J.
Dated: 2/22/10
Brooklyn, New York

*The Court shall hold the telephonic conference in this case on 3/11/10 at 10:00 a.m.; defendants' counsel is directed to arrange and initiate the conference call at this time.*